UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 10-14052-GRAHAM

UNITED STATES OF AMERICA

                    Plaintiff,

vs.

DAVID SHELBY MARTIN,

                    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND PARTIES STIPULATION AND JOINT RECOMMENDATION AS RESTITUTION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Notice of Parties Stipulation and Joint Recommendation as to Restitution,(D.E. 48).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on October 27, 2010. The Court conducted a _de novo_ review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation and the Parties stipulation is **ADOPTED** in its entirety. it is further

**ORDERED AND ADJUDGED** that the Defendant is liable for restitution in the amounts as set forth in the Joint Restitution Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Diana Acosta, AUSA
        Jonathan J. Kirschner, Esq.
        U.S. Probation
        Clerk of Court (Financial Section)